FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| JOOYOUN KIM, an Individual; JAE HAK YOO, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>TONG SUN SUH, an Individual; AMERICAN LIFE, INC., a Washington State Corporation; and DOES 1-20, Inclusive<br><br>Defendants. | Case No. SACV14−01669 AG (DFMx)<br><br>**JUDGMENT** |

**TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Court's December 12, 2014, [In Chambers] Order Granting Motions to Dismiss for Lack of Personal Jurisdiction (Dkt. No. 23) and granting of Defendant American Life, Inc.'s Motion to Dismiss under Rule 12(b)(2) (Dkt. Nos. 10 and 10-3),

/ / /

/ / /

/ / /

/ / /

/ / /

**1**   IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is
**2** entered in favor of American Life, Inc. and against Jooyoun Kim and Jae Hak Yoo.
**3**
**4**
**5**   **IT IS SO ORDERED**.
**6** DATED:  January 21, 2015



**7**   _____
**8**   ANDREW J. GUILFORD
     United States District Court Judge