# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOO YOUN KIM, an Individual; JAE HAK YOO, an Individual,<br><br>Plaintiffs,<br><br>v.<br><br>TONG SUN SUH, an Individual; AMERICAN LIFE, INC., a Washington State Corporation; and DOES 1-20, Inclusive,<br><br>Defendants. | Case No.   8:14-cv-01669-AG(DFMx)<br><br>**JUDGMENT**<br><br>Courtroom:         10D<br>Judge:               Honorable Andrew J. Guilford<br>Magistrate Judge:  Douglas F. McCormick<br>Complaint Filed:  October 16, 2014<br>Trial Date:          None set |

**TO: ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

Pursuant to the Court's December 12, 2014, [In Chambers] Order Granting Motions to Dismiss for Lack of Personal Jurisdiction (Dkt. 23), and granting of Defendant Suh's Motion to Dismiss under Rule 12(b)(2) (Motion to Dismiss (Dkt. No. 12) is granted.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Tong Sun Suh and against Joo Youn Kim and Jae Hak Yoo.

**IT IS SO ORDERED**.

DATED: February 4, 2015          By: _____
                                          ANDREW J. GUILFORD
                                          United States District Court Judge

16104528v1